**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas A. Callan, ) | No. CV-06-1024-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of the Internal Revenue) | |
| Service, the Department of Treasury, The) | |
| Disclosure Office U. S. Tax Court ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter arises upon the Court's review of the file. On October 5, 2006, Defendants filed a Motion to Dismiss (docket #1 5) pursuant to Rule 12(b)(1), (5) and (6), Federal Rules of Civil Procedure, for lack of subject matter jurisdiction, failure to effect service of process, and failure to state a claim upon which relief can be granted.

Plaintiff is hereby advised of the following provisions of LRCiv 7.2(i), Rules of Practice of the United States District Court for the District of Arizona, effective December 1, 2005:

> If a motion does not conform in all substantial respects with the requirements of this Local Rule, or if the opposing party does not serve and file the required answering memoranda, or if counsel for any party fails to appear at the time and place assigned for oral argument, such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily.

It is a *pro se* plaintiff's obligation, like any party, to timely respond to all motions. LRCiv. 7.2(c). The failure of Plaintiff to timely respond to Defendants' Motion to Dismiss

1  may, in the discretion of the court and among other things, be deemed a consent to the
2  granting of that motion without further notice, and judgment may be entered dismissing the
3  complaint and lawsuit with prejudice pursuant to LRCiv 7.2(i).  *Brydges v. Lewis*, 18 F.3d
4  651 (9th Cir. 1994);  *Ghazali v. Moran*, 46 F.3d 52 (9th Cir.1995).  This means the case is
5  over.
6          On the Court's own motion and in order to manage this case more efficiently, the
7  Court will set a briefing schedule.
8          **IT IS ORDERED**:
9          1.  That Plaintiff shall have until **November 10, 2006** within which to file a
10 Response to Defendants' Motion to Dismiss.
11         2.  That Defendants shall have until **November 30, 2006** within which to file a
12 Reply to Response to Defendants' Motion to Dismiss, if any.
13         3.  That the Motion shall be deemed to be ready for decision without oral
14 argument on the day following the date set for filing the Reply unless otherwise ordered by
15 the Court.
16         Dated this 25th day of October, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge